IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RODRIQUEZ DAVID HAMILTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 111-084 |
| | ) | |
| DONALD BARROW, Warden, and | ) | |
| SAMUEL S. OLENS, Attorney General of | ) | |
| the State of Georgia, | ) | |
| | ) | |
| Respondents. | ) | |

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed (doc. no. 16).[1]

Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the

opinion of the Court.  Therefore, Respondent Olens is **DISMISSED** from this case, and

Respondent Barrow's motion to dismiss is **GRANTED**.  (Doc. no. 7.)

Furthermore, a prisoner seeking relief under 28 U.S.C. § 2254 must obtain a

certificate of appealability ("COA") before appealing the denial of his application for a writ

of habeas corpus. This Court "must issue or deny a certificate of appealability when it enters

a final order adverse to the applicant."  Rule 11(a) to the Rules Governing Section 2254

---

[1]Petitioner requested, and was granted, an extension of time in which to object to the
Report and Recommendation.  (Doc. nos. 14, 15.)

Proceedings. This Court should grant a COA only if the prisoner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in the Report and Recommendation, and in consideration of the standards enunciated in Slack v. McDaniel, 529 U.S. 473, 482-84 (2000), Petitioner has failed to make the requisite showing. Accordingly, a COA is **DENIED** in this case.[2] Moreover, because there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith. Accordingly, Petitioner is not entitled to appeal *in forma pauperis*. See 28 U.S.C. § 1915(a)(3).

Upon the foregoing, the instant § 2254 petition is **DISMISSED**, and a final judgment shall be **ENTERED** in favor of Respondent Barrow.

SO ORDERED this _10th_ day of February, 2012, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2]"If the court denies a certificate, [a party] may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." Rule 11(a) to the Rules Governing Section 2254 Proceedings.

2